KTC:JHK
F. #2006R01616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SATHAJHAN SARACHANDRAN,
    also known as "Satha,"
SAHILAL SABARATNAM,
    also known as "Sahil" and
    "Shakil,"
THIRUTHANIKAN THANIGASALAM,
    also known as "Thani,"
NADARASA YOGRARASA,
    also known as "Yoga," and
PIRATHEEPAN NADARAJAH,
    also known as "Nada,"

        Defendants.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:

★ SEP 14 2006 ★

P.M. _____
TIME A.M. _____

I N D I C T M E N T

Cr. No. 06-615

(T. 18, U.S.C., §§ 2339B(a)(1) and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy To Provide Material Support
To a Foreign Terrorist Organization)

    1. On or about and between July 2006 and August 18, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants SATHAJHAN SARACHANDRAN, also known as "Satha," SAHILAL SABARATNAM, also known as "Sahil" and "Shakil," THIRUTHANIKAN THANIGASALAM, also known as "Thani," NADARASA YOGRARASA, also known as "Yoga," and PIRATHEEPAN NADARAJAH, also

known as "Nada," together with others, did knowingly and intentionally conspire to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including training, expert advice and assistance, weapons and personnel, to a foreign terrorist organization, to wit: the Liberation Tigers of Tamil Eelam, which has been designated by the Secretary of State as a foreign terrorist organization since October 1997, pursuant to Section 219 of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339B(a)(1) and 3551 et seq.)

COUNT TWO
(Attempt To Provide Material Support
To a Foreign Terrorist Organization)

2. In or about and between July 2006 and August 18, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants SATHAJHAN SARACHANDRAN, also known as "Satha," SAHILAL SABARATNAM, also known as "Sahil" and "Shakil," THIRUTHANIKAN THANIGASALAM, also known as "Thani," NADARASA YOGRARASA, also known as "Yoga," and PIRATHEEPAN NADARAJAH, also known as "Nada," together with others, did knowingly and intentionally attempt to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including training, expert advice and assistance, weapons and personnel, to a foreign terrorist organization, to wit: the Liberation Tigers of Tamil

3

Eelam, which has been designated by the Secretary of State as a foreign terrorist organization since October 1997, pursuant to Section 219 of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339B(a)(1) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD-34
JUN. 85

No. _____                                    Action: *Criminal*

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

SATHAJHAN SARACHANDRAN, also known as "Satha,"
SAHILAL SABARATNAM, also known as "Sahil" and "Shakil,"
THRUTHANIKAN THANIGASALAM, also known as "Thani,"
NADARASA YOGRARASA, also known as "Yoga," and
PIRATHEEPAN NADARAJAH, also known as "Nada,"

Defendant(s).

## INDICTMENT

(T. 18, U.S.C., §§ 2339B(a)(1) and 3551 et seq.)

A true bill.

*/s/*
                                                    Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

                                                    Clerk

Bail, $ _____

JEFFREY H. KNOX, (718) 254-7581

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Sarachandran, et al.**

2. Related Magistrate Docket Number(s): **M-06-889**

    None ( )

3. Arrest Date: **8/19/06**

4. Nature of offense(s): ☒ Felony
    ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): **Cr. No. 06-606 (RJD)**

6. Projected Length of Trial:   Less than 6 weeks   ( )
    More than 6 weeks   (X)

7. County in which crime was allegedly committed: <u>Queens, Nassau</u>
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

                                        ROSLYNN R. MAUSKOPF
                                        UNITED STATES ATTORNEY

                                By:     _____
                                        Jeffrey H. Knox
                                        Assistant U.S. Attorney
                                        718-254-7581

Rev. 3/22/01